

# NUMBER 13-15-00032-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **GUMARO ROSALES AND VELMA ROSALES AND ALL OCCUPANTS,** | **Appellants,** |
| **v.** | |
| **GREEN TREE SERVICING LLC,** | **Appellee.** |

### On appeal from the County Court at Law
### of San Patricio County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Perkes, and Longoria
### Memorandum Opinion Per Curiam

Appellants, Gumaro Rosales and Velma Rosales and all occupants, filed an appeal from a judgment rendered against them in favor of appellee, Green Tree Servicing LLC. On February 5, 2015, the Clerk of this Court notified appellants that the clerk's record in the above cause was originally due on January 20, 2015, and that the deputy

district clerk, Alicia Cantu, had notified this Court that appellants failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellants of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellants were advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

On February 5, 2015, the Clerk of the Court notified appellants that they were delinquent in remitting a $195.00 filing fee. The Clerk of this Court notified appellants that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of receipt of this letter. *See id.* 42.3(b),(c).

Appellants have failed to respond to this Court's notices and have failed to pay the filing fee. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b),(c).

PER CURIAM

Delivered and filed the
26th day of February, 2015.

2